FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 3, 2015

Ricky D. Davis
#01884111
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

Terry J. Barlow
1110 E. Weatherford
Fort Worth, TX 76102

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913

RE:      Court of Appeals Number:   02-13-00468-CR
                                    02-13-00469-CR
         Trial Court Case Number:   1295144D
                                    1295152D

Style:   Ricky D. Davis
         v.
         The State of Texas

Please be advised that the State has not filed a brief in this cause. Therefore, the case will be submitted to the court **without oral argument** on **Tuesday, February 24, 2015**, before a panel consisting of Chief Justice Livingston, Justice Meier, and Justice Gabriel. This panel is subject to change by the court. *See* Tex. R. App. P. 39.8.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk